UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:04-CR-85-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ALBERT EARL BELL | ) | |

For good cause shown it is ORDERED that the Government's Motion to Redact a Portion

of Government Exhibit 3 from the October 11, 2017, hearing is hereby granted. In order to protect

*and email address*
the confidentiality of the home address of a witness, the Court, pursuant to Federal Rule of

Criminal Procedure 49.1(d), hereby seals the original Government Exhibit 3 and replaces it in the

*and email address*
public record with a copy that contains the redaction of the home address contained in the original

Exhibit 3.

SO ORDERED, this _13th_ day of _October_, 2017.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE